**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Samuel TURNER, a.k.a. Jab, a.k.a.**
**Jabba Jaw, a.k.a. Big Man,**
**Defendant–Appellant.**

**United States of America,**
**Plaintiff–Appellee,**

v.

**Samuel Lee Turner, Defendant–**
**Appellant.**

**Nos. 12–16562, 12–16563**
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

Feb. 19, 2014.

Anne Ruth Schultz, Wifredo A. Ferrer, Kathleen Mary Salyer, U.S. Attorney's Office, Miami, FL, Antonia J. Barnes, Nancy Vorpe Quinlan, Rinku Talwar Tribuiani, Robert H. Waters, Jr., U.S. Attorney's Office, West Palm Beach, FL, for Plaintiff–Appellee.

Peter Thomas Patanzo, Benjamin & Aaronson, PA, Fort Lauderdale, FL, Samuel Turner, FCI Coleman Medium, Coleman, FL, for Defendant–Appellant.

Before TJOFLAT, MARTIN and JORDAN, Circuit Judges.

PER CURIAM:

Peter T. Patanzo, appointed counsel for Samuel Turner in these direct criminal appeals, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Turner's convictions and sentences are **AFFIRMED.**